UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC PICKERSGILL,

            Plaintiff,

-against-

THE CHOP SUEY CLUB, LLC,

           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/31/2023_

23 Civ. 7742 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On September 6, 2023, the Court ordered the parties to submit a joint letter and proposed case management plan by October 30, 2023.  ECF Nos. 6–7.  Those submissions are now overdue.

    Accordingly, by **November 28, 2023**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: October 31, 2023
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge