

Antigone Tzakis
Direct: 212.651.7445
atzakis@smsm.com

November 22, 2023

**VIA ECF**
Hon. Valerie Figueredo
United States District Court - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street - Courtroom 17A
New York, New York 10007-1312

> **MEMO ENDORSED**
>
> _/s/ Valerie Figueredo_
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: November 28, 2023
>
> The extension requested herein is granted. The Court will address the disputed referenced herein at the conference scheduled for December 11, 2023, at 10:15 a.m. The parties are directed to submit a joint letter further outlining the nature of the dispute they wish to address at the conference with each party's respective positions by no later than December 6, 2023. The Clerk of Court is directed to terminate the motion at ECF No. 25.

RE: **Pickersgill v. The Chop Suey Club LLC**
Case No.: 1:23-cv-07742-AT
Oue File No.: 010559.000305

Dear Judge Figueredo:

    This office represents Defendant The Chop Suey Club, LLC in connection with the above-referenced matter. Please accept this correspondence as Defendant's request for an extension of time to file a motion to enforce the settlement agreement.

    On November 3, 2023, the parties previously agreed to the terms of a confidential settlement agreement. *See* ECF No. 22. Plaintiff's counsel subsequently raised objections to the terms. While efforts were made to resolve these issues, the Court's intervention appears necessary.

    Prior to the case being assigned to Your Honor, the Court had directed the parties submit any request for the Court to retain jurisdiction to enforce the settlement by December 1, 2023. *See* ECF No. 18. The parties are scheduled to appear for a pre-settlement conference before Your Honor on December 11, 2023. It is the undersigned's hope that a resolution can be reached at the upcoming conference.

    In light of the above, and in the interests of judicial economy, it is respectfully requested that Defendant's time to file a motion to enforce the settlement agreement be extended to December 18, 2023.

    We thank the Court for its time and consideration. If you have any questions or concerns, please do not hesitate to contact the undersigned.

Very truly yours,

/s/ *Antigone Tzakis*

Antigone Tzakis, Esq.

AT/kll
4887-3778-6514