DAVID C. DEAL
PHOTOGRAPHIC COPYRIGHT LAW

P.O. BOX 625
CHARLOTTESVILLE, VA 22902
(434) 233-2727
DAVID@DAVIDDEAL.COM

December 6, 2023

**Via ECF and Email**

Judge Valerie Figueredo
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: 1:23-cv-07742-AT, *Pickersgill v. The Chop Suey Club, LLC*

Judge Figueredo:

My office drafted and filed this letter because the parties, despite several attempts to do so, failed to agree on language of a joint letter.

The current disagreement in this case concerns the specific terms of the Settlement Agreement memorializing the resolution of this case, *Pickersgill v. The Chop Suey Club LLC*, 1:23-cv-07742-AT.

Specifically, the parties disagree on whether the terms of the release, as proposed by Defendant The Chop Suey Club, should include parties other than Defendant The Chop Suey Club, and The Chop Suey Club's insurer, Hiscox Insurance. Despite not being a party to this lawsuit, Plaintiff agreed to include Hiscox Insurance as a party and signatory to the Settlement Agreement.

The proposed language of Defendant's release reads:

> Release: In consideration of the Payment and other consideration contained within this Agreement, RELEASOR and its heirs, executors, administrators, officers, directors, parents, partners, members, subsidiaries, legal affiliates, successors and assigns (the "RELEASING PARTIES") hereby irrevocably releases RELEASEES, and their past and present parent companies, subsidiaries, legal affiliates, insurers, successors, predecessors and their heirs, executors, directors, officers, employees, agents, contractors, successors, predecessors, legal affiliates and assigns (collectively the "RELEASED PARTIES"), from any and all

> claims, actions, demands, causes of action, suits, debts, dues, sums of money, covenants, contracts, controversies, agreements, promises, damages, judgments and liabilities of any nature or by reason of any matter, cause or thing whatsoever, in law or equity, asserted or unasserted, which the RELEASING PARTIES ever had, now have or may have against the RELEASED PARTIES from the beginning of the world to the Effective Date, arising from the Allegedly Infringing Photographs and/or use of the Copyrighted Photographs.

Plaintiff Erik Pickersgill proposed the following addition to Defendant's above release:

> This release expressly EXCLUDES any individual or entity insured by Hiscox Insurance Company, Inc., with the exception of The Chop Suey Club, LLC, the defendant in the above-mentioned lawsuit.

Defendant The Chop Suey Club refused to agree to the above addition.

Plaintiff will not agree to a release which includes Hiscox Insurance's (unknown) insured parties which are not party to this lawsuit. Defendant will only agree to a release which includes Hiscox Insurance's insured parties, which are not party to this lawsuit.

Sincerely,

David C. Deal

Cc: Antigone Tzakis, *Counsel for Defendant*