UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERIK PICKERSGILL,

                              Plaintiff,

      -against-

THE CHOP SUEY CLUB, LLC,

                            Defendant.
------------------------------------------------------------------X

23-CV-7742 (AT)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The parties are directed to submit a letter updating the Court as to the status of the continued discussions regarding the settlement agreement by no later than **December 18, 2023.** The deadline to file any motion to enforce the settlement agreement is hereby extended to **January 2, 2024.**

      **SO ORDERED.**

DATED:    New York, New York
               December 11, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge